# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D19-0743

—————————————————

MICHAEL COFFMAN and APRIL
COFFMAN,

Petitioners,

v.

RAQUEL KERNICK and EDWARD
KERNICK,

Respondents.

—————————————————

Petition for Writ of Certiorari—Original Jurisdiction.

May 17, 2019

PER CURIAM.

DENIED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Michael Coffman and April Coffman, pro se, Petitioners.

Howard T. Sutter, Jacksonville, for Respondents.